UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED LEASING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOBBY G. PADGETT, II, et al., <br><br> Defendants. | NO.  05-2126JLR <br><br> ORDER |

The court has received Plaintiff's motion for summary judgment (Dkt. # 11).  As Plaintiff admits, the parties have not yet commenced discovery.  Defendants show that they have had no opportunity to test the evidence underlying Plaintiff's claims, or to develop evidence to support their defenses.  The court therefore DENIES Plaintiff's motion without prejudice to raising these issues again after the parties have had an opportunity to conduct meaningful discovery.

Dated this 27th day of April, 2006.

James L. Robart
United States District Judge

ORDER